# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

152158(16)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 152158
COA: 326192
Wayne CC: 10-011466-FC

KEVIN MICHAEL-DORMAN BELTOWSKI,
     Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's July 26, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016



Clerk

p1121